ORIGINAL

2016 JAN 27 PM 4:00

**CASE UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR0157WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2261(a)(1) - Domestic Violence Within the Special Maritime or Territorial Jurisdiction of the United States |
| JOSHUA PETER PLACHY, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about July 4, 2015, and continuing through on or about July 5, 2015, within the Southern District of California, defendant JOSHUA PETER PLACHY, within the special maritime and territorial jurisdiction of the United States, with the intent to injure, harass and intimidate N. Plachy, a spouse, and while within the special maritime and territorial jurisdiction of the United States, committed and attempted to commit an assault, resulting in serious bodily injury, a crime of violence against N. Plachy; in violation of Title 18, United States Code, Section 2261(a)(1).

//

FAS:nlv(1):San Diego
1/27/16

Count 2

On or about August 7, 2015, within the Southern District of California, defendant JOSHUA PETER PLACHY, within the special maritime and territorial jurisdiction of the United States, with the intent to injure, harass and intimidate N. Plachy, a spouse, and while within the special maritime and territorial jurisdiction of the United States, committed and attempted to commit an assault, a crime of violence against N. Plachy; in violation of Title 18, United States Code, Section 2261(a)(1).

DATED: January 27, 2016.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney